UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


UNITED STATES OF AMERICA                                                    PLAINTIFF

VS.                                      NO. 4:12CR00003-BRW

GABRIEL MATTHEW COKER                                                      DEFENDANT


## ORDER

On May 2, 2012, a hearing was held on the Government's motion to revoke pretrial release. (Docket entries #13, #18) The Government was represented by Assistant United States Attorney Stephanie Mazzanti. Defendant Gabriel Matthew Coker was present and represented by Robert E. Tellez. Mr. Coker does not contest the allegations in the motion and seeks to participate in a residential drug treatment program. The Government seeks revocation and detention pending trial.

For good cause shown, and to assure that Mr. Coker does not appear for future proceedings under the influence of illegal drugs, the motion to revoke pretrial release (#13, #18) is granted.

The Court has considered Mr. Tellez's motion to declare Mr. Coker an indigent for purposes of trial and his request to be appointed to represent Mr. Coker. The Court has reviewed Mr. Coker's financial affidavit and finds that he is entitled to appointed counsel. In the interest of justice and for continuity of representation, Mr. Tellez is hereby

appointed as counsel for Mr. Coker under the Criminal Justice Act, 18 U.S.C. § 3006A.

The appointment shall be retroactive to January 19, 2012.

    IT IS SO ORDERED this 3rd day of May, 2012.

_____
UNITED STATES MAGISTRATE JUDGE